IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY STEPHENS,

    Plaintiff,

v.                                          1:14-cv-01092-SCY-KK

SUNSET TRUCKING, LLC and
SCOTT SWAFFORD,

    Defendants.

## JURY DEMAND

In accordance with F.R.C.P. 38, Defendants, Sunset Trucking, LLC and Scott Swafford, hereby demands a trial by jury consisting of the maximum jurors allowed on all triable issues.

                                      Respectfully Submitted,

                                      SIMONE, ROBERTS & WEISS, P.A.

                                      /s/ Meena H. Allen_____
                                      MEENA H. ALLEN
                                      *Attorneys for Defendants*
                                      11200 Lomas Boulevard, NE, Suite 210
                                      Albuquerque, New Mexico 87112
                                      (505) 298 9400

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of February, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul D. Barber
Barber & Borg, LLLC
P.O. Box 30745
Albuquerque, NM 8719002

/s/ Meena H. Allen_____
Meena H. Allen