IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY STEPHENS,

    Plaintiff,

v.                                                                  1:14-cv-01092-JB-KK

SUNSET TRUCKING, LLC and
SCOTT SWAFFORD,

    Defendants.

## NOTICE OF SETTLEMENT

The parties wish to inform the Court that they have resolved this matter in full and respectfully request that the Court vacate all deadlines including the mediation. The parties will submit dismissal documents by or before December 4, 2015

                                          Respectfully Submitted,

                                          SIMONE, ROBERTS & WEISS, P.A.

                                          /s/ Meena H. Allen_____
                                          MEENA H. ALLEN
                                          *Attorney for Defendants*
                                          1700 Louisiana Boulevard, NE, Suite 240
                                          Albuquerque, New Mexico 87110
                                          (505) 298 9400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of October, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul D. Barber
Barber & Borg, LLLC
P.O. Box 30745
Albuquerque, NM 8719002

James Belote
Stipe, Harper, Laisure, Uselton, Belote, Maxcey & Thetford
525 Central Park Drive, Suite 101
Oklahoma City, OK  73105

/s/ Meena H. Allen_____