IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARY STEPHENS,

    Plaintiff,

v.                                          1:14-cv-01092-JB-KK

SUNSET TRUCKING, LLC and
SCOTT SWAFFORD,

    Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Mary Stephens ("Plaintiff") and Defendants, Sunset Trucking, LLC and Scott Swafford ("Defendants"), by and through their respective attorneys of record, respectfully move the Court for an Order dismissing the Complaint and any and all causes of action stated therein or which could have been stated therein filed by the Plaintiff against the Defendants with prejudice on the grounds that all matters in controversy by the Plaintiff against the Defendants has been fully resolved.

WHEREFORE, the parties pray for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein filed by the Plaintiff, Mary Stephens against Defendants, Sunset Trucking, LLC and Scott Swafford, with prejudice with each party to bear her/their own attorney's fees and costs.

                                              Respectfully Submitted,

                                              SIMONE, ROBERTS & WEISS, P.A.

                                              /s/ Meena H. Allen_____
                                              MEENA H. ALLEN
                                              *Attorney for Defendants*
                                              1700 Louisiana Boulevard, NE, Suite 240
                                              Albuquerque, New Mexico 87110
                                              (505) 298 9400

                        STIPE, HARPER, LAIZURE, USELTON,
                        BELOTE, MAXCEY & THETFORD


                        /s/ James A. Belote
                        JAMES A. BELOTE
                        525 Central Park Drive, Suite 101
                        Oklahoma City, OK  73105
                        (405) 524-2268

                        PAUL D. BARBER
                        BARBER & BORG, LLC
                        P.O. Box 30745
                        Albuquerque, NM  87190
                        (505) 884-0004
                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 3rd day of December, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul D. Barber
Barber & Borg, LLLC
P.O. Box 30745
Albuquerque, NM 8719002

James Belote
Stipe, Harper, Laisure, Uselton, Belote, Maxcey & Thetford
525 Central Park Drive, Suite 101
Oklahoma City, OK  73105


/s/ Meena H. Allen