IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY STEPHENS,

    Plaintiff,

v.                                                                                                                                No. CIV 14-1092 JB/KK

SUNSET TRUCKING, LLC and
SCOTT SWAFFORD,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Plaintiff, Mary Stephens ("Plaintiff") and Defendants, Sunset Trucking, LLC and Scott Swafford's ("Defendants") Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by the Plaintiff on the grounds that all matters in controversy by the Plaintiff against Defendants has been fully resolved; and the Court having read the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by the Plaintiff, Mary Stephens against Defendants, Sunset Trucking, LLC and Scott Swafford, be and hereby is dismissed, with prejudice, with each party to bear her/their own attorney's fees and costs.

    **IT IS SO ORDERED**.

                                                                                                              _____
                                                                                                              UNITED STATES DISTRICT JUDGE

**APPROVED:**

/s/ Meena H. Allen
Meena H. Allen
*Attorney for Defendants*

/s/ approved by James A. Belote
James A. Belote and
Paul D. Barber
*Attorneys for Plaintiffs*