IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY STEPHENS,

      Plaintiff,

vs.                                                          No. CIV 14-1092 JB/KK

SUNSET TRUCKING, LLC and
SCOTT SWAFFORD

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Order of Dismissal with Prejudice, filed December 7, 2015 (Doc. 64)("Stipulated Order of Dismissal"). In the Stipulated Order of Dismissal, the Court dismissed the Plaintiff's Complaint to Recover Damages for Personal Injuries (Jury Trial Demanded), filed December 3, 2014 (Doc. 1), with prejudice. The parties have resolved their dispute and all claims between them. Because the Stipulated Order of Dismissal disposes of all issues and claims before the Court, the Court now enters final judgment.

**IT IS ORDERED** that: (i) the Plaintiff's Complaint to Recover Damages for Personal Injuries (Jury Trial Demanded), filed December 3, 2014 (Doc. 1), is dismissed with prejudice; and (ii) final judgment is entered.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

*Counsel:*

James A. Belote
Stipe & Belote LLP
Oklahoma City, Oklahoma

--and--

Paul D. Barber
Barber & Borg LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Meena H. Allen
Simone, Roberts & Weiss
Albuquerque, New Mexico

    *Attorneys for the Defendants*